IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BRIAN LEGGE, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:09cv00093 |
| | : | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | : | Chief Magistrate Judge Sharon L. Ovington |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This case is before the Court upon the Motion For Allowance Of Attorney Fees Pursuant To 42 U.S.C. §406(b) filed by Plaintiff's attorney (Doc. #23). The Commissioner has neither responded to nor opposed the Motion, and the time for filing such opposition has expired. *See* S.D. Ohio Civ. R. 7.2(a)(2).

The Motion seeks an award of attorney fees under 42 U.S.C. §406(b)(1) in the total amount of $14,300.00. In the absence of opposition by the Commissioner, the Motion and supporting Exhibits establish that an award of attorney fees is warranted under 42 U.S.C. §406(b)(1) in the amount the Motion seeks.

Accordingly, the Court hereby **ORDERS** that:

1. The Motion For Allowance Of Attorney Fees Pursuant To 42 U.S.C. §406(b) (Doc. #23) is GRANTED; and

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b)(1) in the amount of $14,300.00.

_____
Thomas M. Rose
United States District Judge